UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PRECISION RX COMPOUNDING, LLC, C&M HEALTH PRO, LLC, NORTHERN VA COMPOUNDERS, PLLC, TOTH ENTERPRISES II, PA, THE DAILY DOSE, LP, and CPRX PHARMACY, LP,<br>　　　　　　　Plaintiffs,<br>VS.<br><br>EXPRESS SCRIPTS HOLDING COMPANY and EXPRESS SCRIPTS, INC.,<br>　　　　　　　Defendants. | Case No. 4:16-cv-00069-RLW |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Precision Rx Compounding, LLC, C&M Health Pro, LLC, Northern VA Compounders, PLLC, Toth Enterprises II, PA, The Daily Dose, LP, and CRPX Pharmacy, LP (collectively, "Plaintiffs"), and Defendants, Express Scripts Holding Company and Express Scripts, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' claims in this action with prejudice, with each Party to bear its own respective attorneys' fees, costs, and expenses incurred in the defense and prosecution of this action. This stipulation does not include any pending counterclaims asserted by Defendants, which remain pending.

This stipulation constitutes the entire agreement of the parties and no payments were made by Defendants to Plaintiffs in connection herewith. The undersigned counsel represent and warrant that they have the consent and authorization of their respective clients to enter into this Stipulation.

SLC-8647299-1

DATED:  May 31, 2018.                             Respectfully Submitted,

| | |
|---|---|
| /s/  Christopher A. Smith | /s/  Steven L. Bloch |
| Christopher A. Smith, #53266MO | Steven L. Bloch (Pro Hac Vice #85371PA) |
| Sarah C. Hellmann, #50373MO | SILVER GOLUB & TEITELL LLP |
| Jason Husgen, #66761MO | 184 Atlantic Street |
| Husch Blackwell LLP | Stamford, CT 06901 |
| 190 Carondelet Plaza, Suite 600 | Phone: 203-325-4491 |
| St. Louis, MO 63105 | Facsimile: 203-325-3769 |
| P:(314) 480-1500 | sbloch@sgtlaw.com |
| F: (314) 480-1505 | |
| chris.smith@huschblackwell.com | Anthony G. Simon #38745MO |
| sarah.hellmann@huschblackwell.com | John G. Simon #35231MO |
| jason.husgen@huschblackwell.com | Benjamin Askew #58933MO |
| | THE SIMON LAW FIRM, P.C. |
| Michael J. Lyle *(pro hac vice)* | 800 Market Street, Suite 1700 |
| Eric C. Lyttle *(pro hac vice)* | St. Louis, MO 63101 |
| Ethan Glass *(pro hac vice)* | Phone: 314.241.2929 |
| Meghan A. McCaffrey *(pro hac vice)* | Facsimile: 314.241.2029 |
| Michael D. Bonanno *(pro hac vice)* | asimon@simonlawpc.com |
| Quinn Emanuel Urquhart | jsimon@simonlawpc.com |
| & Sullivan LLP | baskew@simonlawpc.com |
| 1300 I Street NW, Suite 900 | |
| Washington, DC 20005 | Richard J. Quadrino, Pro Hac Vice #2025807NY |
| P: (202) 538-8000 | Eugene S.R. Pagano Pro Hac Vice |
| F: (202) 538-8100 | Harold J. Levy, Pro Hac Vice #2381598NY |
| mikelyle@quinnemanuel.com | QUADRINO LAW GROUP, P.C. |
| ericlyttle@quinnemanuel.com | 225 Broadhollow Road, Suite 304 |
| ethanglass@quinnemanuel.com | Melville, New York 11747 |
| meghanmccaffrey@quinnemanuel.com | Phone: 631.815.5800 |
| mikebonanno@quinnemanuel.com | Facsimile: 631.815.5801 |
| | rjq@quadrinolawgroup.com |
| *Attorneys for Defendants Express Scripts, Inc., and Express Scripts Holding Company* | HJL@quadrinolawgroup.com |
| | esrp@quadrinolawgroup.com |
| | *Attorneys for Plaintiffs Grasso Enterprises, LLC d/b/a Annie's Apothecary, and NERxD, LLC d/b/a Cypress Compounding Pharmacy* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of May, 2018 a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

                                                                                                       */s/*   Christopher A. Smith